F. Richard Ruderman (SB No. 142226)
Christian M. Knox (SB No. 171780)
Diana B. Glick (SB No. 257533)
Ruderman & Knox, LLP
2020 Hurley Way, Suite 405
Sacramento, CA 95825
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.A., a minor; by and through his guardians ad litem, ROSHELLE A. and KENNETH A., ROSHELLE A. and KENNETH A.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMADOR COUNTY UNIFIED SCHOOL DISTRICT and AMADOR COUNTY OFFICE OF EDUCATION,<br><br>Defendants. | CASE NO.: 2:11-cv-00080-GEB-DAD<br><br>ORDER GRANTING APPOINTMENT OF GUARDIANS AD LITEM<br><br>DATE:<br>TIME:<br>JUDGE: |

The petition for an order appointing ROSHELLE A. and KENNETH A. as guardians ad litem for R.A. is hereby GRANTED.

Dated: January 11, 2011

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
United States District Judge